IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA DAVID, | : | CIVIL ACTION |
| | : | NO. 15-4098 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEUMANN UNIVERSITY, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **11th** day of **April, 2016**, after a hearing with the parties on April 5, 2016, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendants' Motion for Leave to File a Reply in Further Support of Defendants' Motion to Dismiss (ECF No. 11) is **GRANTED;**

(2) Defendants' Motion to Dismiss (ECF No. 7) is **GRANTED;**

(3) Counts 1 and 2 of Plaintiff's Complaint (ECF No. 1) are **DISMISSED without prejudice;**

(4) Count 3 of Plaintiff's Complaint (ECF No. 1) insofar as Plaintiff claims that Defendant Neumann University violated Title VI of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 is **DISMISSED without prejudice;**

1

(5)   Count 4 of Plaintiff's Complaint (ECF No. 1) insofar as Plaintiff claims that Defendants Albaugh and Biely violated 42 U.S.C. § 1981 is **DISIMSSED without prejudice;**

(6)   Count 3 of Plaintiff's Complaint (ECF No. 1) insofar as Plaintiff claims that Defendant Neumann University violated Title VII of the Civil Rights Act of 1964 is **DISMISSED with prejudice;**

(7)   Count 4 of Plaintiff's Complaint (ECF No. 1) insofar as Plaintiff claims that Defendants Albaugh and Biely violated Title VI and Title VII of the Civil Rights Act of 1964 is **DISMISSED with prejudice;**

(8)   Leave to file an Amended Complaint is **GRANTED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO    J.**