```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA DAVID,                      :    CIVIL ACTION
                                   :    NO. 15-4098
          Plaintiff,               :
                                   :
     v.                            :
                                   :
NEUMANN UNIVERSITY, et al.,        :
                                   :
                                   :
          Defendants.              :
```

**O R D E R**

**AND NOW**, this **9th** day of **June, 2016,** after a hearing with the parties on June 6, 2016, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that

(1) Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED;**

(2) Plaintiff's Amended Complaint (ECF No. 21) is **DISMISSED with prejudice;** and

(3) The Clerk of the Court shall mark the above-captioned case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1